# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK EDWARD CORONA,<br><br>    Petitioner,<br><br>    v.<br><br>FRANCISCO JACQUEZ,<br>Warden,<br><br>    Respondent. | Case No. ED CV 10-0406 VBF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 4-22-11

*Valerie Baker Fairbank*
_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE